UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| FELTON L. MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00565-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| LINDA BUCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#82[1]) entered on January 30, 2009, in which the Magistrate Judge recommends that Defendants' Motion for Summary Judgment (#66) be granted; Plaintiff's Motion to Strike/Dismiss Motion for Summary Judgment with Request for Contempt Charges (#68), Plaintiff's Motion for Leave to Supplement Motion to Strike w/Opposition for Extension of Time to Produce Discovery (#69), and Plaintiff's Motion for Leave and Motion Supplementing Reply to Defendants' Motion for Summary Judgment (#73) be denied, and Plaintiff's Motion to Strike Court Docket #73 (#74) be granted. Plaintiff filed his Objections to Magistrate's Report and Recommendations (#85) on February 9, 2009, and Defendants filed their Response to Plaintiff's Objections to Magistrate's Report and Recommendation on February 23, 2009 (#87), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B

---

[1]Refers to court's docket number.

3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#82) entered on January 30, 2009, should be adopted and accepted.

Also before the court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#83) entered on February 2, 2009, in which the Magistrate Judge recommends that Plaintiff's Motion for Emergency Preliminary Injunction (#57) be denied. No objection to the Report and Recommendation was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby determines that the Magistrate Judge's Report and Recommendation (#83) entered on February 2, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the U.S. Magistrate's Report and Recommendation (#82) entered on January 30, 2009, and U.S. Magistrate's Report and Recommendation (#83) entered on February 2, 2009, are adopted and accepted, as follows:

1. Defendants' Motion for Summary Judgment (#66) is GRANTED;

2. Plaintiff's Motion to Strike/Dismiss Motion for Summary Judgment with Request for Contempt Charges (#68) is DENIED;

3. Plaintiff's Motion for Leave to Supplement Motion to Strike w/Opposition for Extension of Time to Produce Discovery (#69) is DENIED;

4. Plaintiff's Motion for Leave and Motion Supplementing Reply to Defendants' Motion for Summary Judgment (#73) is DENIED;

5. Plaintiff's Motion to Strike Court Docket #73 (#74) is GRANTED; and

6. With the granting of Defendants' Motion for Summary Judgment (#66), Plaintiff's Motion for Emergency Preliminary Injunction (#57) is dismissed as moot.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 4th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3