AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF\_\_NEVADA_____

FELTON L. MATTHEWS,

               Plaintiff,                 **JUDGMENT IN A CIVIL CASE**

  V.

                                   CASE NUMBER: **3:07-CV-00565-LRH-VPC**

LINDA BUCK et al.,

               Defendants.

\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 X\_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#66) is GRANTED.

   March 5, 2009\_\_                  **LANCE S. WILSON**
                                       Clerk

                               \_/s/ D. R. Morgan\_\_\_\_\_
                                    Deputy Clerk